**Registration #:**  *-APPLICATION-*
    **Service Request #:**  1-4488527401

## Mail Certificate

Loeb & Loeb LLP
Keli Rogers-Lopez
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067 United States

      **Priority:**  Routine     **Application Date:**  March 01, 2017

## Correspondent

    **Organization Name:**  Loeb & Loeb LLP
        **Name:**  Keli Rogers-Lopez
        **Email:**  krogers@loeb.com
      **Telephone:**  (310)282-2306
    **Alt. Telephone:**  (310)282-2000
         **Fax:**  (310)282-2200
       **Address:**  10100 Santa Monica Blvd., #2200
            Los Angeles, CA 90067 United States

                              Exhibit 1

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Vengeance: a Love Story

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Justice Everywhere Productions LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Justice Everywhere Productions LLC
1901 Avenue of the Stars, Suite 1050, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music

**New material included in claim:** production as a motion picture

## Certification

**Name:** Keli Rogers-Lopez
**Date:** March 01, 2017
**Applicant's Tracking Number:** 221470-10021